IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STANLEY BEATY, SELMA BELL, THERESA RICKS, STEPHANIE ROSE, ERICA WILLIAMS, THE ESTATE OF DENNIS MALONE on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HILLSHIRE BRANDS COMPANY, BIMBO BAKERIES USA, INC., JOHN and JANE DOES 1-10, inclusive,<br><br>Defendants. | Civil Action No. 2:14-CV-58 |

**DEFENDANT BIMBO BAKERIES USA, INC.'S**
**NOTICE OF ADDITIONAL DISCLOSURES**

Please take notice that Defendant Bimbo Bakeries USA, Inc. ("BBUSA") has provided Plaintiffs Stanley Beaty, Selma Bell, Theresa Ricks, Stephanie Rose, Erica Williams, and the Estate of Dennis Malone and Defendant The Hillshire Brands Company with BBUSA's Additional Disclosures Regarding Documents and Damages in compliance with this Court's Discovery Order at Doc. No. 44.

| | |
|---|---|
| Dated:  October 24, 2014 | MORGAN, LEWIS & BOCKIUS LLP |
| | |
| | By: /s/ Michael J. Puma_____ |
| | Michael J. Puma, Lead Attorney |
| | *(*admitted *pro hac vice)* |
| | Email:  mpuma@morganlewis.com |
| | 1701 Market Street |
| | Philadelphia, PA 19103-2921 |
| | Telephone:   215.963.5305 |
| | Facsimile:    215.963.5001 |
| | |
| | Kristen A. Laster |
| | Texas Bar No. 24076499 |
| | Email:  klaster@morganlewis.com |
| | 1717 Main Street, Suite 3200 |
| | Dallas, TX  75201-7347 |
| | Telephone:    214.466.4000 |
| | Facsimile:     214.466.4001 |
| | |
| | ATTORNEY FOR DEFENDANT BIMBO BAKERIES USA, INC. |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record, via the Court's CM/ECF Filing System, on this 24th day of October, 2014, per Local Rule CV-5(a) and (d).


/s/Michael J. Puma
Michael J. Puma