# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## MARSHALL DIVISION

| | | |
|---|---|---|
| **STANLEY BEATY**, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 2:14-CV-58-JRG-RSP** |
| **THE HILLSHIRE BRANDS COMPANY**, | § | |
| *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## JOINT AND AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Stanley Beaty, Selma Bell, Theresa Ricks, Stephanie Rose, Erica Williams, the Estate of Dennis Malone, Zolton Dangerfield, Kavin Dean, Charles Frazier Jr., Malissa Franklin, Taknocka Franklin, Lester Green, Michael Harris, Sandra Hickson, Rodney Jenkins, Mary Joyce Johnson, Vernon Milton, Keyon Mitchell, Toquina Reed, Beverly Reeves, Lenia Fay Robinson, Eula Samuels, Sheryl Scott, Michelle Shelton, Joyce Sims, Fannie Slaughter, Belinda Smith, Sharon Taylor, Nolan Wallace, Patricia Williams, Carolyn Brown, Kurt Burkes, Anthony Burton, Tarsha Butler, Angela Calvin, Stephanie Cooper, Latarya Council, Letrice Dangerfield, Daphne Embry-Harris, Daphne Flowers, Ricky Flowers, Damien Franklin, Derek Franklin, Carlos Gill, Donald Harris, Cassandra Holt, Rosiland Holt, Stacie Kimble, Stacy King, Willie McAleaster, Elois Miles, Shatara Moore, Casey Washington, David Washington, Carolyn Williams, and Cherita Woods (collectively, "Plaintiffs") and Defendants The Hillshire Brands Company (collectively, "Defendants") file this Joint and Agreed Motion to Dismiss with Prejudice and move the Court for a dismissal of all causes of action raised or which could have

been raised in this case, with prejudice against the Plaintiffs to re-file the same. All costs of court and/or attorneys' fees incurred by the parties will be paid by the parties incurring them.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants respectfully request that all causes of action raised or which could have been raised in the above entitled and numbered case be dismissed with prejudice and that each party will be held responsible for the costs of court and attorneys' fees that they each incurred.

Respectfully submitted,

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
Shawn A. Latchford
Texas State Bar No. 24066603
sal@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@dpelaw.com
Stefanie T. Scott
Texas State Bar No. 24061617
sscott@dpelaw.com
**DiNovo Price Ellwanger & Hardy LLP**
7000 North MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

James A. Vagnini
N.Y. Bar No. 2958130
jvagnini@vkvlawyers.com
Robert M. Valli, Jr.

N.Y. Bar No. 2383107
rvalli@vkvlawyers.com
Sara Wyn Kane
N.Y. Bar No. 2935617
skane@vkvlawyers.com
**Valli Kane & Vagnini, LLP**
600 Old Country Road, Suite 519
Garden City, New York 11530
Telephone: (516) 203-7180
Facsimile: (516) 706-0248

*Counsel for Plaintiffs*

Respectfully submitted,

*/s/ Vanessa Griffith (with permission)*
Vanessa Griffith
Texas Bar No. 00790469
vgriffith@velaw.com
**Vinson & Elkins, L.L.P.**
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Telephone: (214) 220-7713
Facsimile: (214) 999-7713

Douglas E. Hamel
Texas Bar No. 08818300
dhamel@velaw.com
**Vinson & Elkins, L.L.P.**
First City Tower, Suite 2500
1001 Fannin Street
Houston, Texas 77002-6760
Telephone: (713) 758-2036
Facsimile: (713) 615-5388

Harry L. Gillam, Jr.
Texas Bar No. 07921800
gil@gillamsmithlaw.com
**Gillam & Smith, L.L.P.**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Counsel for Defendant*
*Hillshire Brands Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel, who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 18th day of December 2015.

Eric M. Albritton